Certificate Number: 05781-WAW-DE-041299756

Bankruptcy Case Number: 26-12448

05781-WAW-DE-041299756

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2026, at 12:04 o'clock PM PDT, Diana Knisley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: August 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President